No. 03–10754. CARRIZOZA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10756. MCKINNEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–10758. PINET v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–10759. TWEH v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 03–10761. AANESTAD v. SAN FRANCISCO COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10763. BRISCOE, AKA DOE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10764. ARAUJO, AKA HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10765. BREWBAKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10766. ELIZALDE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10768. SINGLETON v. GUNN. C. A. 5th Cir. Certiorari denied.

No. 03–10770. RINGO v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 03–10771. RAMIREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10772. REYNOLDS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–10773. BAKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.